David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Hope Boddy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOPE BODDY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC,<br><br>　　　　　　Defendant(s). | Case No.: 2:21-cv-00604-GMN-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST EARLY WARNING SERVICES, LLC, WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Hope Boddy ("Plaintiff") and Early Warning Services, LLC ("Defendant"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).  Accordingly, the Parties request that the Court dismiss Early Warning Services, LLC from this action.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on October 28, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Rory T. Kay |
| David H. Krieger, Esq. | Rory T. Kay, Esq. |
| Shawn W. Miller, Esq. | MCDONALD CARANO LLP |
| KRIEGER LAW GROUP, LLC | 2300 West Sahara Ave., Suite 1200 |
| 2850 W. Horizon Ridge Parkway | Las Vegas, Nevada 89102 |
| Suite 200 | Attorneys for Defendant |
| Henderson, Nevada 89052 | ***Early Warning Services, LLC*** |
| Attorneys for Plaintiff | |
| ***Hope Boddy*** | |

**ORDER**

**IT IS SO ORDERED.**

Dated this   1   day of   November  , 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT